PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLIN

FILED
Asheville
9/29/2025
U.S. District Court
Western District of N.C.

Shaquil D Miller
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

Nurse Laurie
Nurse Amy
Buncombe County et. AL
(Enter above full name of defendant or defendants.)

Case No. 1:25-cv-00336-MR

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs: Shaquil D. Miller
      
      Defendants: Libby LNU
      Henderson County
   
   2. Court (if federal court, name the district; if state court, name the county): Henderson
   
   3. Docket number: ?
   
   4. Name of presiding judge: ?
   
   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?) dismissed
   
   6. Approximate date of case filing: 12, 2022

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes (✗) No ( )
1. Name the court and docket number for each:
_____
_____

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes (X) No ( )
1. If yes, how many? one
2. Name the court and docket number for each action:
_____
_____

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (X) No ( )

B. If your answer is Yes:
1. When did you file your grievance?
Aug-3-6-17-27-8-4-2025-9-4-10 2025
2. What was your grievance?
About me getting Tlonaland it was A known allergy for the second time and now both nurses and officers denied Me adequate Medical Care
3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No (✓)

If yes, when was the decision and what was the result?
sep 10
They sent a nurse to do A verbal grievance response I told them I wanted to Appeal it also to another grievance about Admin Not Answering grievances I appeald that Also
sep 18

C. If your answer to A is no, identify the claim(s) and explain why not:
they have told Me simply No they won't give me a grievance I have also been given Fake grievances with only one side Printed so My grievances wont go thru and simply only replying to certin grievances I have Put in At least 9 only 2 have been to Appeal level one verbally and one on PAPPer All others have been ignored I have asked several times for exaution Documented on Keiosk

IV. PARTIES
   A. Plaintiff's Name: _____

   Address/Place of Confinement: _____

   B. Defendant(s)

   Name of Defendant 1: Sgt Heartanagle
   Position: Sargent
   Place of Employment: Buncomb County Jail
   Current Address: 20 Davidson Dr Ashville N.C.

Additional Defendant(s) provide name, position, place of employment, and current address for each.

   Defendant 2: Sgt John Doe Color of state law
   Sargent / in official / Indisual capasity
   Buncomb County Jail
   20 Davidson Dr

   Defendant 3: Buncombe County / City of Ashville / Sheriff's office
   Color of state Law / superiors / supervisor's
   20 Davidson Dr. Individual and official capasity / Buncombe
   Buncombe County Jail / color of state LAW

   Defendant 4: Nurse Jane Doe / Dr Jane Doe / Medica Healthcare
   Nurse / Doctor / supervisors and superiors
   20 Davidson Dr / Indivisual and official capacity
   Buncombe county Jail / color of state LAW

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.   You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

(1) Aug 3 Nurse laurie violated my 8th Amendmant by giving me A Medication that's documented as allergaic then did Nothing to help my allergic reaction
(2) Both sargents deprived me of adaquate health care
(3) Nurse Amy violated my 8th Amendmant denying me adaquate healthcare and then I suffered from the lack of her care
(4) Buncombe / Meliko / sherriff are liable because the practices there employees did made me suffer and almost took my life

Aug, 3 I was given Naproxen for the second time it is listed under allergies on my medical chart given by nurse Laurie once she told me what it was I started immediatly start having allergic reactions my throt started to close Immediatly I tell her she checks my medical chart still does Nothing and tells me I'm holding up her line later I vomit blood and have blood in stool and am in pain I show officer in block my stool he witness and call nurse Amy she witness but flushes my stool and does nothing for pain or stool being very rude and making jokes saying it looked like Punch I ask to be seen by doctor explaining I can't breathe my Abdomin hurts from the Naproxen and that my heart is racing and I can tell its making my blood pressure spike she denies me vitals and any relief for pain Next day I feel worse to a point I can't walk I fall in cell twisting my ankle hitting my head from the pain from Abdomin officer finds me on floor calls medical Blood Pressure thru roof oxygen level not Normal guy finds me unconching gets nurse gives me + Ibeprofin didn't help pain and was left on floor in cell until next morning set heart tried to stop nurse from giving me my meds by putting body in the way once she tried to bring my meds directly to me

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

I want money Damages frome each defendant listed for Cruel and unusual Punishment, Pain and suffering, posing Substantial risk of harm, unsanitary Invorment future pain and suffering, Mental pain and suffering, bodily function, Gross negligence Medical Malpratice, Medical expenses, future Medical expenses, Negligence, Mental anguish embarrisment, All to equal up to the Amount of 10 million dollars violations of my 8th and 14th Amendment and a month of no pay frome each employee

WDNC – Prisoner 1983 Complaint – May 2013    Page 4

Case 1:25-cv-00336-MR    Document# 1972768, Document 1-2, Filed 09/29/25, Letter# 7364031, Tracking# 1513,    Page 6 of 63
Page 4 of 14

She disregards broken meds because I'm unable to walk and after suffering more than 48 hours I'm sent to ER once there I get multiple shots, KAT scans, IV system flushed, and was told I had a pretty bad allergic reaction, expecting my Abdomin, chest, Head, foot, and a chipped tooth, All limiting my walking ability, unable to eat, coudent keep food down, Bloody vomit, Abdominal obstruction serious Acid reflex, hurt Ankle, my breathing, Irritated skin, my vision, constipation my Mental Anxiety, Panic attacks, possible future bloody ulcers I'm nervous every time I take meds now and due to this I am forced to take Medication for Abdomin pain, Acid reflex Axiety otherwise I go thru bodily functions the next morning I am unable to move in pain and am suffering the officer in the block Holmes tells the nurse Amy to bring my meds to me He clearly seen I was hurt she denied him knowing I needed my meds that the hospital just perscribed me for my pain He asks her again she tells him no once more he tells her for a third time saying this guy is hurt and I advise you to bring this man his Medication he's hurt and cannot walk and that it's even hard for me to move around to get in my wheelchair I had to use. she denies him again and left leaving me to suffer mentally and physically Holmes tells me he's sorry and gets me a grievance to fill out later due to not getting my Meds I got worse throwing up blood deficating on myself I coudent control my bowels I was covered in bloody vomit bloody feces and I feel again in my cell leaving me on the floor with severe Abdominal pain, projectile bloody vomit screaming for help inmates were telling the officer in the block to help me he denied me I use tablet to call my family it was like a scary movie My father called Burcombe sheriffs office and eventually Sgt from Doe Nurse Jane Doe seen me refused to help me got me in my wheel chair and rolled me to rubber room where I continued to vomit and go thru pain I got locked back for 2 days not given a shower or any Medical care this was all on body cam I feel it was retaliation from my father calling the police station Also I still suffer pain till this day IV put in Multine requests to see Medical and still have not

Date: 9-23-25   Signature: [signature]
Prison ID #: 972768

been seen IV been Ignored I still vomit Blood and go thru Abdominal pain I put in grievances about it IV been told I was on list to see the provider for over a month leaving me in pain this is more than a suit its a cry for help I do not want to die.

they give me fake grievances and Ignore all my requests

## N.C. Gen. Stat. § 15A-1340.20

Current through Session Laws 2025-68 of the 2025 Regular Session of the General Assembly, but does not reflect possible future codification directives from the Revisor of Statutes pursuant to G.S. 164-10.

**General Statutes of North Carolina > Chapter 15A. Criminal Procedure Act. (Subchs. I — XV) > Subchapter XIII. Disposition of Defendants. (Arts. 78 — 87) > Article 81B. Structured Sentencing of Persons Convicted of Crimes. (Pts. 1 — 3) > Part 3. Misdemeanor Sentencing. (§§ 15A-1340.20 — 15A-1340.33)**

## § 15A-1340.20. Procedure and incidents of sentence of imprisonment for misdemeanors.

**(a) Application to Misdemeanors Only.** — This Part applies to sentences imposed for misdemeanor convictions.

**(b) Procedure Generally; Term of Imprisonment.** — A sentence imposed for a misdemeanor shall contain a sentence disposition specified for the class of offense and prior conviction level, and any sentence of imprisonment shall be within the range specified for the class of offense and prior conviction level, unless applicable statutes require otherwise. The kinds of sentence dispositions are active punishment, intermediate punishment, and community punishment. Except for the work and earned time credits authorized by G.S. 162-60, or earned time credits authorized by G.S. 15A-1355(c), if applicable, an offender whose sentence of imprisonment is activated shall serve each day of the term imposed.

**(c) Suspension of Sentence.** — Unless otherwise provided, the court shall suspend a sentence of imprisonment if the class of offense and prior conviction level requires community or intermediate punishment as a sentence disposition.

**(c1) Active Punishment Exception.** — The court may impose an active punishment for a class of offense and prior conviction level that does not otherwise authorize the imposition of an active punishment if the term of imprisonment is equal to or less than the total amount of time the offender has already spent committed to or in confinement in any State or local correctional, mental, or other institution as a result of the charge that culminated in the sentence.

**(d) Earned Time Authorization.** — An offender sentenced to a term of imprisonment that is activated is eligible to receive earned time credit for misdemeanant offenders awarded by the Division of Prisons of the Department of Adult Correction or the custodian of a local confinement facility, pursuant to rules adopted in accordance with law and pursuant to G.S. 162-60. These rules and statute combined shall not award misdemeanant offenders more than four days of earned time credit per month of incarceration.

## History

1993, c. 538, s. 1; 1994, Ex. Sess., c. 24, s. 14(b); 1993 (Reg. Sess., 1994), c. 767, s. 1; 1997-79, s. 1; 2011-145, s. 19.1(h); 2017-186, s. 2(jjj); 2021-180, s. 19C.9(p).

General Statutes of North Carolina
Copyright © 2025 All rights reserved.

relief 20, gross neglegence  deliberate indifference
40, past pain and suffering  1,000,000
40,000 Mental pain and suffering

Aug.6  Pain and Suffering - $100,000
1  Nurse Amy for Denying my medication and disregard
(Holmes) leaving me to more serious health and unreasonable
Pain $80, Future Pain and suffering $50,000 Bodily functions

2  Nurse Laurie - being Indifference by overriding
Aug.3  my medical chart and still perscribing
me a known medication that I am allergic
to instead of the alternitive Iberprofin
$100,000 $80,000 Bodily Disfunctions, deliberate indifference 1,000,000
$100,000 Phisical injury, $80,000 Pain and suffering, 50,000 Mental Pain and suffering

3  Sgt John Doe - for not giving me medical
Aug.6 attention once he witnessed me covered
in vomit and blood unable to get off
of floor due to pain I beged for help
Instead of given Medical I was Picked up
off of ground forcefully put in wheel
chair and wheeled inside of the Ruber
Room where I continued to vomit Black
looking Blood $400,000 Pain and Suffering
$400,000 Cruel and unusual punishment
(deliberate indifference 1,000,000) 100,000 Mental Pain and suffering

gross
neglegence
4  Buncomb county 1,000,000 - for not properly training
Aug.3  Staff, 1,000,000 for my father calling county police
Aug.4  and physically showing up to jail Medical
Aug.5  Attention still got delayed putting me in serious
Aug.6 medical danger  deliberate indifference $1,000,000 Malpractice 50,000
400,000 failure to properly train staff and supervisor liability

Aug.3 Buncombe County Sheriff Quinton Miller - Supervisor Liabi
Aug.4 for not properly training staff and personel
Aug.5 and lead to me having serious physical harm
Aug.6 $1,000,000 /40,000 for staff delaying medical

**relief**

even a Lay Person would of seen me conchiously knew I was suffering. I had recently went to the emergency room for Allergic reaction instead staff denied and delayed to get help when I was obviously in Pain. deliberate indifference, 100,000 Pain and suffering (Sgt Heartoogle)(Sgt John Doe)(officer evans)

Aug. 6 $80,000 - officer evans for being indifferent by leaving me on floor and not calling medical or coming to my Aid while crying and vomit Blood are clearly visible he even told other inmates if they would try and help me and look in my cell again they would be punished I was left on floor for At least an hour and the officer is Always in the block. ① 1,000,000 deliberate indifference ② 50,000 cruel and unusual Punishment ③ 50,000 Pain and suffer

Aug. 4 ☆ Sgt Heartoogle - finding me unresponsive and trying to brush it off like I was sleep and trying to Stop the nurse for trying to bring me my Medication he knew I couldent walk or get up and Put his arm in her way when she was about to walk in cell and hand me Iberprofin deliberate indifference 1,000,000, 20,000 Pain and suffering, 20,000 Equil Protection, gross neglegence 50,000 he even apologized for his actions one day later after I got back from hospital stating if he new I was serious he wouldent of did it

MEdiko correctional Healthcare - supervisory Liability and mistakes of staff denied and or delayed inadaquate Medical care by nurse Laurie, Nurse Amy for denying my medication and turned the blind eye to my Pain and suffering Also denying the officer who had pride knowlege or the risk and that denying or disreguarding the risk

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

Shaquil D. Mitter

Plantiff,

All in Athority or under color of state law

vs.

Nurse Laurie, in official and indivisual compasity

Nurse Amy, official and indivisual compasity

Sheriff of Buncombe County Quinton Miller, supiriors, supervisors, officer, indivisual, offical compasity

Mediko correctoral Healthcare, supivisors, superiors, Employees Indivisual, offcial compasity

City of Ashville
Buncombe County
SGt John Doe

Defendant(s). officer Evans Nurse Jane Doe Dr Jane Doe Dr John Doe

**COMPLAINT**

Case No. _____

## A. JURISDICTION

Jurisdiction is proper in this court according to:

[X] 42 U.S.C.§1983

___ 42 U.S.C. §1985

___ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Shaquil D. Mitter #972768
   Address: 20 Davidson Dr. Ashville N.C. 28801

2. Name of Defendant: Nurse Laurie - She is the person who gave me medication I was allergic to. I told her I immedictly started having reactions told me I was holding up her line
   Address: 20 Davidson Dr. Ashville N.C. 28801

   Is employed as Nurse supervisor at MEDIKO/Buncombe County/Buncombe County Sheriff's office or Jail
   (Position/Title)              (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES X  NO ___, if "YES" briefly explain:
Working as registered nurse and acting as A Medical Physician for Buncomb County Jail

3. Name of Defendant: Nurse AMY - violation of my 8th Amendment
   Address: and 14th Amendment denying my Medication
   Because I was unable to move and created more serious harm in result  20 Davidson Dr. Ashville N.C

   Is employed as Supervising Nurse (Position/Title) at MEDIKO/Buncomb County Sheriff Jail (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES X  NO ___, if "YES" briefly explain:
   Working as A trusted registered Physcian for MEDIKO and or Buncombe County/Sheriff/Jail

4. Name of Defendant: City of Ashville, Personel, Quinton Millers, Buncombe County, Sheriff, Superiors, Supervisors
   Address: employees, MEDIKO correctional Healthcare, SGT Heartonagle tried to stop nurse from providing Adequate care Dr. John Doe? Dr. Jane Doe? SGT John Doe? Superiors, officers

   Is employed as Nurses, Doctors (Position/Title) at MEDIKO/Buncombe County Sheriff (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES X  NO ___, if "YES" briefly explain:
   Working as officers, Nurses, Superiors, Personel at Jail

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I was given Naproxen for the Second time and it was listed as A known allergy then left for over 48 hours to suffering Abdominal Pain, Burning of chest, Vomiting Blood, sprained Ankle, Blood in stool
Aditional Pages - 1 thru 10

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES ☒   NO ___

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:
   Plaintiff(s): Shaquil D. Miller
   Defendants(s): Nurse Libby Henderson county jail
   Officer Moody
   Officer Kare

2. Name of court and case or docket number:
   _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)
   Dismissed to get brought in Proper Court

4. Issued raised:
   Was Perscribed Naproxen

5. When did you file the lawsuit? 12/2022
   Date: Month/Year

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?   YES ☒   NO ☒

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

Nurse came to speak to me Personally now I told her I appeal because Nothing Proper has changed and I also Appealed grievance

# 2

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages) 8th Amendment violated Pain and Suffering

a. (1) Count 1: Deliberate Indifference Nurse Laurie
(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

(Tylanal) Overrode Medical Jacket knowing I was allergic to (WAproxen) Still gave it to me After I told her throat was closing and itchy of giving me once we found out told me sorry But Im holding up her line instead adiquate care 8th and 14th Amendment violated Nurse Amy

b. (1) Count 2: Deliberate Indifference, Cruel unusual Punishment, Pain and Suffering
(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

Acting Denied me Medication the hospital recently Perscribed me evil because I couldn't move or atleast fast enough Me and Officer Holmes Asked if She could Atleast bring them to my door She denies me They treated me like and Officer Holmes he even assured her that I was really hurt and I was faking my Aligations She needed to bring my meds to feel better told me if I dont walk and come

## E. INJURY

How have you been injured by the actions of the defendant(s)? get them she simply just wont give me them I

Weezing, Chipped tooth, Head Injury was in A wheelchair and Twisted Ankle, Vomiting Blood, Bloody Stool, Abdominal couldn't walk Obstruction, Acid Flux, Abdomin Pain, Hives, Pain in for weeks Kidney, Blood Pressure Spikes, Shortness of Breathing even After Mental Anguish, Mental depression, Bodily functions emotional Pain torment, Mental suffering, Cramps in my lower left quadrant, constipation, hyproactive Bowel Movement and Sounds, All from depriving and delay of nurse Acted evil in intent and motive

mreg's, frome multiple officers, medical staff Buncombe County and or employed to Sheriffs of Buncombe

### G. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Punitive, Compensatory Damages, Injunctive relief, Emergency Injunctive relief, Perliminary relief Absolute Immunity, Monitary Damages, Pain and suffering $400,000 frome nurse Amy for not bringing me my medication and leaving me to suffer Also 400,000 frome buncombe county for poor training of staff that led up to me being misdiagnosed for the (second) 2 time and pain and suffering, Nurse Amy 80,000 for future pain and suffering, Nurse laurie 100,000 for Physical injury- Mal Practice

Additional Sheet Attached Pg's 1-15

JURY TRIAL REQUESTED   YES X   NO ___

Compensatory Damages frome nurse Amy, Medical Buncombe county for being refused medication diagnosed serious allergic reaction and service more serious pain in teeth

Signed at Buncombe Jail on 9-23-2025
(Location)                    (Date)

*Signature:* Shaquin Miller

Address: 20 Davidson Dr.
Ashville N.C. 28801

Phone: 732-979-8511
E-Mail: StAdoeW2X@gmail.com

Rachel Pfluger
1-29-28

[Notary Seal: RACHEL PFLUGER NOTARY PUBLIC BUNCOMBE COUNTY, NC]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

_____

_____

_____

_____

_____

_____

This the _____ day of _____, 20_____.

_____
Signature

_____
(Print Name)